# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Senior Airman NEAL R. PHILLIPS
### United States Air Force

### ACM S32265

### 4 August 2015

Sentence adjudged 18 August 2014 by SPCM convened at Joint Base Pearl Harbor-Hickam, Hawaii.  Military Judge:  Gregory O. Friedland (sitting alone).

Approved Sentence:  Bad-conduct discharge, confinement for 60 days, and reduction to E-1.

Appellate Counsel for the Appellant:  Major Isaac C. Kennen.

Appellate Counsel for the United States:  Colonel Katherine E. Oler.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court